UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS DAVIS, K70724,<br><br>         Plaintiff,<br><br>    v.<br><br>CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>         Defendant(s). | Case No. 22-cv-03414-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On October 27, 2022, the court dismissed plaintiff's complaint with leave to amend to set forth specific dates and facts showing how each named defendant was deliberately indifferent to plaintiff's serious medical needs, if possible, within 28 days.  The court made clear that "[f]ailure to file a proper amended complaint within the designated time will result in the dismissal of this action." ECF No. 7 at 2-3.

On November 18, 2022, plaintiff filed a motion for an extension of time to file an amended complaint and, on November 28, 2022, the court granted plaintiff an extension of time until "January 20, 2023." ECF No. 10 at 1.

More than ten days have passed since January 20, 2023 and plaintiff neither has filed an amended complaint or sought an additional extension of time to do so.  The action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: February 1, 2023

_____
CHARLES R. BREYER
United States District Judge